UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINIA EZZET BOUTROS,<br><br>                          Plaintiff,<br><br>v.<br><br>ELON MUSK,<br><br>                          Defendant. | Case No.: 3:26-cv-03124-JES-DEB<br><br>**ORDER DISMISSING CASE FOR LACK OF JURISDICTION** |

On May 19, 2026, *pro se* Plaintiff Zinia Ezzet Boutros ("Plaintiff) brought this action against Elon Musk ("Defendant") alleging that Defendant harmed her through illegal force, including forbidden psychic reading and soul reading. ECF No. 1. The Court dismissed the complaint *sua sponte* for lack of jurisdiction, explaining that Plaintiff had not met her burden to state a basis for jurisdiction in federal court. *See* ECF No. 3. The Court granted Plaintiff the opportunity to file an amended complaint curing this issue, and warned her that a failure to cure this deficiency would result in dismissal of the entire action with prejudice. *Id.*

1

Plaintiff filed the First Amended Complaint on July 8, 2026. ECF No. 4 ("FAC"). The FAC does not contain an explanation of any basis for jurisdiction, such as federal question jurisdiction or diversity jurisdiction. *See Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987) (setting forth the requirements of federal question and diversity jurisdiction); *see also* 28 U.S.C. §§ 1331, 1332. Just like in the initial complaint, Plaintiff does not state a cognizable cause of action, allege diversity of the parties, or allege an amount in controversy. *See generally*, FAC; *Cf.* ECF No. 1. As the Court previously explained, federal courts are required to determine whether jurisdiction exists, and may not proceed without jurisdiction. *See* ECF No. 3 (citing *Corral v. Select Portfolio Servicing, Inc.*, 878 F.3d 770, 773 (9th Cir. 2017). Because the FAC comes no closer to stating a basis for jurisdiction than the first complaint, despite the Court's order, dismissal with prejudice is warranted.

For the above reasons, the Court **DISMISSES** this action with prejudice. The Clerk of the Court is **DIRECTED** to **CLOS**E this case.

**IT IS SO ORDERED**.

Dated: July 13, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

3:26-cv-3124-JES-DEB